*151005*

Date: 09/22/10  DIVIDENDS REMITTED TO THE COURT  Page:

Case Number 09-21146 - WINCA, PATRICIA A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000010 | 96.17 | 2.84 |
| ---------- Remittance Total -------------- | | 96.17  *Ck. #110* | 2.84 |

_____
MARVIN A. SICHERMAN, Trustee

FILED 10 SEP 24 AM 9:32

Printed: 09/22/10 02:56 PM    Ver: 15.20